SAMUEL KIRBY, DEFENDANT IN ERROR, v. EDWARD S. LEE, PLAINTIFF IN ERROR.

Argued November 27, 1908—Decided March 1, 1909.

On error to the Supreme Court, whose opinion is reported *ante p.* 68.

For the plaintiff in error, *Bennet Van Syckel* and *Bourgeois & Sooy.*

For the defendant in error, *William M. Clevenger* and *Joseph H. Gaskill.*

PER CURIAM.

The judgment of the Supreme Court should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Reed in that court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, J.J.   12.

*For reversal*—None.